Filed 04/22/15                    Case 12-02418                                    Doc 141

**FILED**
APR 2 2 2015
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>VINCENT THAKUR SINGH and<br>MALANIE GAY SINGH<br><br>        Debtors. | Case No. 10-42050-D-7 |
| MICHAEL F. BURKART, Chapter 7<br>Trustee,<br><br>        Plaintiff,<br><br>v.<br><br>PADARATH BISESSAR    12-02312<br>PING ZOU             12-02320<br>SHIU PRASAD          12-02368<br>RIGOBERTO TORRES     12-02370<br>XIAOYAN WU           12-02371<br>ZHIBO WANG           12-02374<br>ASWEN SHARMA         12-02387<br>PARMILA PRASAD       12-02400<br>VIMLA BISESSAR       12-02401<br>ANN THACH            12-02418<br>SONNY STEELE         12-02429<br>JAMES SINGH          12-02430<br>RITA REDDY           12-02434<br>SHARON BELOLI        12-02446<br>ASHWINI SINGH        12-02448<br>SHAOHONG WENG        12-02461<br>CAROLYN ALLEN        12-02469<br>ROSEBEL SINGH        12-02478<br>SANDHYA NARAYAN      12-02483<br>SUSHILA PRASAD       12-02486<br>MARIA MORA           12-02496<br><br>        Defendants. | Adv. Pro. No. 12-2312-D<br>12-02312, 12-02320, 12-02368,<br>12-02370, 12-02371, 12-02374,<br>12-02387, 12-02400, 12-02401,<br>12-02418, 12-02429, 12-02430,<br>12-02434, 12-02446, 12-02448,<br>12-02461, 12-02469, 12-02478,<br>12-02483, 12-02486, 12-02496<br><br>Docket Control No. KBP-5<br><br>DATE: April 1, 2015<br>TIME: 10:30 a.m.<br>DEPT: D |

## **PARTIAL JUDGMENT**

The court having issued an order granting in part the Defendants' Motion: (1) to Dismiss Usury Claims and Constructive

Fraudulent Transfer Claims; and (2) for Summary Judgment and Partial Summary Adjudication, Docket Control No. KBP-5, and good cause appearing,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is granted in favor of the defendants and against the plaintiff on the plaintiff's usury claims, and the plaintiff shall take nothing on account of those claims.

Dated: April 22, 2015

*[signature]*
ROBERT S. BARDWIL
United States Bankruptcy Judge